**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re Kevin B. Mullen & Alice R. Mullen,  Debtors | Case No. 15-10084  Chapter 13 |

### ORDER GRANTING IN PART FIRST AND FINAL FEE APPLICATION OF JEFFREY P. WHITE, ESQ.

Jeffrey P. White, Esq., filed the First and Final Application for Compensation of Legal Services [Dkt. No. 30] (the "Fee Application"). Notice of the hearing to consider the Fee Application was provided in accordance with the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and this Court's Local Rules. In the absence of timely objections or other responses to the Fee Application, the Court has reviewed the Fee Application and the docket in this case.

The Bankruptcy Code allows the Court to award fees in an amount less than the amount sought by the applicant. *See* 11 U.S.C. § 330(a)(2). In this case, the allowed fees ($7,500) will be less than the amount requested by Mr. White ($8,024.50). Although Mr. White's time records show several entries describing services that are not compensable (*e.g.*, unnecessary duplication on February 19, 2015 and February 21, 2015 and fleeting, if any, effort on December 18, 2015) or that are compensable but not at a lawyer's rate (*e.g.*, drafting a form of order granting a discharge and a related notice of hearing on August 8, 2016), the reduction is based on the overall reasonableness of the fees for the work performed and the result obtained. This chapter 13 case was very straightforward. There were no contested matters and the case is now nearing completion less than 27

months from its commencement. Based on a review of the docket, the schedules, and the statement of financial affairs, there appears to have been little, if any, complexity.

The Fee Application is therefore granted, in part, on the terms in this order. Jeffrey P. White, Esq., is awarded $7,500.00 as reasonable compensation for actual, necessary services rendered between January 19, 2015 and April 8, 2017, and $352.65 as reimbursement for actual, necessary expenses, for a total award of $7,852.65. This award is made under 11 U.S.C. § 330(a)(4)(B).

Date: May 9, 2017

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine